Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

**No. 60932.**—Accurate Millinery Co. et al. *v.* United States, protests 285541–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. A. P. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

**No. 60933.**—Pollak Industrial Corp. *v.* United States, protests 295652–K, 305954–K, and 305988–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiff was sustained.

**No. 60934.**—Louis Weinberg Associates, Inc. *v.* United States, protests 301987–K, 301988–K, and 303924–K (New York).